**Entered on Docket
August 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Timothy S. Cory, Trustee
**8831 W. Sahara Ave.**
Las Vegas, Nevada 89117
Phone: (702) 388-1996
Fax: (702) 382-7903
Tim.cory@corylaw.us

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. **09-18963 LBR** |
| | ) | In Proceedings Under Chapter 7 |
| **JONES, FREDERICK L** | ) | |
| | ) | **Hearing Date: N/A** |
| Debtor(s). | ) | **Hearing Time: N/A** |
| | ) | |

### EX PARTE ORDER DISMISSING CHAPTER 7 CHASE PURSUANT TO SECTION 521(i)

As the above-captioned debtor has not complied with 11 U.S.C. §521(i) in that the Debtor has not filed his required Summary of Schedules, Schedules A through J, and Statement of Financial Affairs as required within the forty-five (45) day period, which expired on July 15, 2009.

/ / /

1

2   **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under
3   Chapter 7 is DISMISSED for the Debtor's failure to comply with 11 U.S.C. §521(i).

4   **IT IS FURTHER ORDERED** that the Trustee, Timothy S. Cory, hereby is discharged
    from this proceeding, and the bond of said Trustee can be cancelled and the surety or sureties
5   thereon be released from further liability thereunder, except any liability which may have
    accrued during the time such bond was in effect.

6   **IT IS SO ORDERED**.

7

    Respectfully submitted by:
8

9
     /s/ Timothy S. Cory
10  Timothy S. Cory
    Dated:  8/12/2009
11

12                                              ###

13

14

15

16

17

18

19

20

21

22

23

24

25